PROB 12B
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Petition to Modify the Condition or Term of Supervision
*(Probation Form 49 Waiver of Hearing on the Modification is attached)*

Name of Offender: <u>Michael Parrish</u>   Case Number: <u>3:06-00182</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U. S. District Judge</u>

Date of Original Sentence: <u>June 15, 2007</u>

Original Offense: <u>18 U.S.C. § 922 (g)(1) and 924 Felon in Possession of a Firearm</u>

Original Sentence: <u>77 months' custody and 3 years supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>June 5, 2013</u>

Assistant U.S. Attorney: <u>Unassigned</u>   Defense Attorney: <u>Sumter L. Camp</u>

## PETITIONING THE COURT

■ To modify the release conditions as follows:

**The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a residential reentry center at the direction of the U. S. Probation Office. The defendant shall pay all or part of the cost for substance abuse treatment if the probation officer determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.**

THE COURT ORDERS:
☐ A hearing to consider the modification is scheduled for:
☐ No Action
☐ The extension of supervision as noted above.
☐ The modification(s) as noted above.
☐ Other

Considered this <u>12th</u> day of <u>July</u>, 2013
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place   <u>Nashville, Tennessee</u>

Date   <u>July 10, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

N/A             N/A

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Parrish began supervised release on June 5, 2013. He is scheduled to terminate supervision on June 4, 2016. Prior to release from the Bureau of Prisons, Mr. Parrish was housed at the Midway Rehabilitation Center in Knoxville, Tennessee, from October 2012 until December 2012. In the termination report from the facility, it was recommended that he participate in substance abuse treatment following his release from custody. He was later transferred to the Residential Reentry Center in Nashville, Tennessee, where he remained until May 2, 2013. He was removed from the facility, and sent back to prison, following numerous disciplinary issues. One of the incidents occurred on March 2, 2013, when he tested positive for alcohol. Mr. Parrish reported that prior to being into custody on the federal charge, he regularly used marijuana and cocaine. He further indicated that he would often use illegal substances prior to committing a new crime.

Mr. Parrish is currently unemployed and searching for employment.

As a result of Mr. Parrish's history of substance abuse, a modification to his conditions is requested in order to provide substance abuse treatment, to assist Mr. Parrish's return to the community. He is agreeable to the proposed modification of his release conditions.

### U.S. Probation Officer Recommendation:

It is recommended that the offender's release conditions be modified as indicated.

The U. S. Attorney's Office has been advised of the offender's noncompliance and the probation officer's request for the proposed modification.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# MIDDLE DISTRICT OF TENNESSEE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a residential reentry center at the direction of the U. S. Probation Office. The defendant shall pay all or part of the cost for substance abuse treatment if the probation officer determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

Witness: _____  Signed: _____
Joshua M Smith                    Michael Parrish
U.S. Probation Officer            Probationer or Supervised Releasee

July 8, 2013
Date