UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-00182 |
| | ) | |
| MICHAEL PARRISH | ) | |

ORDER

Based on the agreement of the parties, pursuant to 18 U.S.C. § 3583(e)(2) and Rule 32.1, Federal Rules of Criminal Procedure, it is hereby ORDERED that the conditions of supervised release in this case be modified to add the following condition:

> The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a residential re-entry center at the direction of the U.S. Probation Office. The defendant shall pay all or part of the cost for substance abuse treatment if the probation officer determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

Enter this the ___ day of July, 2013.

WILLIAM J. HAYNES
CHIEF JUDGE
UNITED STATES DISTRICT COURT